AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America<br>v.<br><br>AMAR SALIM SHABAZZ<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) Case No. 21-3245 ADC |

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

1:09 pm, Dec 03 2021
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  6/1/2021-10/5/2021  in the county of  Baltimore  in the
_____ District of  Maryland , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1341; 1519 | Mail Fraud; Obstruction of Justice |

This criminal complaint is based on these facts:
See affidavit.

☑ Continued on the attached sheet.

Michael Shao
Digitally signed by Michael Shao
Date: 2021.11.22 15:55:15 -05'00'

*Complainant's signature*

Michael Shao, Special Agent, HSI
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date:  24 November 2021

*A. David Copperthite*
*Judge's signature*

City and state:  Baltimore, MD   Hon. A. David Copperthite, U.S. Magistrate Judge
*Printed name and title*