ASJZ/SRD: USAO# 2021R00737

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * CRIMINAL NO. LKG 22cr413 |
| | * |
| AMAR SHABAZZ, | * (Entry of Goods by Means of False |
| | * Statements, 18 U.S.C. § 542) |
| Defendant. | * |
| | * |
| | * |
| | * |

******

**INFORMATION**
**(Entry of Goods by Means of False Statements)**

The United States Attorney for the District of Maryland charges that:

1. From in or about June 2021 until in or about December 2021, in the District of Maryland and elsewhere, the defendant,

**AMAR SHABAZZ**

did enter and induce into commerce in the United States imported merchandise, to wit: 636 fraudulent Covid-19 vaccine cards through at least three separate shipments from a supplier in China, by means of false and fraudulent declarations and papers and by means of false written statements, to wit: customs declaration forms falsely stating the shipments contained "stickers" and "Christmas decorations," without reasonable cause to believe the truth of those statements.

18 U.S.C. § 542

Date: December 1, 2022

_Erek L. Barron_
Erek L. Barron
United States Attorney

Digitally signed by AARON ZELINSKY
Date: 2022.12.01 13:12:13 -05'00'